IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-667-MOC-DCK

ELAINE RUDISILL, TRUSTEE IN )
BANKRUPTCY FOR PACIFIC AVENUE, )
LLC & PACIFIC AVENUE II, LLC, )
f/k/a GHAZI N.C., LLC, )
)
      Plaintiff, )
)
v. ) **ORDER**
)
EPIC WINGS, LLC, PETER VERHOEVEN, )
CYDNA JAYNE VERHOEVEN a/k/a )
CYDNA JAYNE VERHOEVEN, WILLIAM )
C. CROWLEY a/k/a CECIL CROWLEY, and )
DIANNE CROWLEY, )
)
      Defendants. )
)

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Refer Case To Bankruptcy Court For Entry Of Final Order And Judgement" (Document No. 6) filed January 17, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and at the direction of the presiding District Court Judge, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Refer Case To Bankruptcy Court For Entry Of Final Order And Judgement" (Document No. 6) is **GRANTED**.

Signed: January 19, 2012

David C. Keesler
United States Magistrate Judge